ELM SEA REALTY CORP., Respondent, v EMILY CHICOY et al., Appellants, et al., Defendant.

Submitted March 8, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.